FILED

07/02/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0676

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0676

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

CHARLES GEORGE BURKETT,

      Defendant and Appellant.

_____

## GRANT OF EXTENSION

_____

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including August 10, 2020, within which to prepare, serve, and file its response brief.

RB

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
July 2 2020